UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MAURICIO EDMUNDO VALOIS-PEREZ, | ) ) ) | CASE NO. 3:21-cv-1149 |
| Petitioner, | ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) ) | **JUDGMENT ENTRY** |
| WARDEN KENNETH BLACK, | ) ) | |
| Respondent. | ) | |

For the reasons stated in the Court's accompanying Memorandum Opinion and Order (Doc. No. 18), the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus is DENIED. The case is DISMISSED with prejudice. The Court certifies that there is no basis on which to issue a certificate of appealability. 28 U.S.C. § 2253; Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

**Date:** March 15, 2024

_____
BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE